SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
lbutler@seyfarth.com

JS-6

Attorneys for Defendant
CHANEL, INC.

*[Additional Counsel Identified on Following Page]*

SEEGER WEISS LLP
JONATHAN SHUB (SBN 237708)
E-mail: jshub@seegerweiss.com
1200 Walnut Street
Philadelphia, PA 19107
Tel.: (215) 735-7580/ Facsimile: (215) 735-7583

Attorneys for Plaintiff
RAMELA KHACHOMIAN
*[Additional Counsel Identified on Following Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMELA KHACHOMIAN, individually & on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHANEL, INC. and DOES 1-10,<br><br>    Defendant. | Case No. CV 07 0586 ODW (MANx)<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

-2-

SPIRO MOSS BARNESS LLP
IRA SPIRO (SBN: 67641)
E-mail: ira@spiromoss.com
J. MARK MOORE (SBN 180473)
E-mail: mark@spiromoss.com
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Tel.: (310) 235-2468/Facsimile: (310) 235-2456

Attorneys for Plaintiff
RAMELA KHACHOMIAN


SEYFARTH SHAW LLP
Eric R. McDonough (SBN 193956)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
emcdonough@seyfarth.com

Attorneys for Defendant
CHANEL, INC.

1
2  In light of the Stipulation For Dismissal entered into between Plaintiff
3  Ramela Khachomian and Defendant Chanel, Inc., it is ordered that the above-
4  captioned action hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1).
5  All parties to bear their own fees and costs.
6
7
8
9  IT IS SO ORDERED:
10 DATED:  March 19, 2008              _____
11                                      United States District Court Judge

-3-
ORDER OF DISMISSAL